AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

Ramon Antonio Peralta Valdez
20 Custer Street
Lawrence, MA

## CRIMINAL COMPLAINT

CASE NUMBER: *MJ04- M-205 JLA*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following Is true and correct to the best of my

knowledge and belief. On or about          January 8, 2002          in          Essex          county, in the

                    District of          Massachusetts          defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for passport with intent to secure issuance of a passport under the authority of the United States for his use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

in violation of Title          18          United States Code, Section(s) _____          1542          .

I further state that I am a(n)          DSS Special Agent          and that this complaint is based on the following
                              Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:          ☒ Yes          ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-10-2004
Date

at          Boston, MA
                    City and State

Joyce London Alexander
United States Magistrate Judge

Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Terry Arnold, having been duly sworn, hereby depose and state as follows:

1.  I am a special agent of the United States Department of State, Diplomatic Security Service ("DSS") and have been so employed for the past two years.  As part of my official duties, I am assigned to investigate persons who have provided or included false information in passport applications.

2.  I make this affidavit in support of a criminal complaint charging Ramon Antonio Peralta Valdez, a/k/a Rafael Perez, a/k/a Hector Rodriguez, with making false statements in an application for a United States Passport, in violation of Title 18, United States Code, Section 1542.

3.  The information set forth in this affidavit is based on information provided by specialists at the Boston Passport Agency, special agents of the Department of Immigration and Customs Enforcement, officers of the Lawrence, Massachusetts, Police Department, specialists at the Federal Bureau of Investigation Fingerprint Laboratory, as well as information gathered through my own investigation.  It does not contain all of the information known to me or other law enforcement agencies concerning this investigation.  Rather, it contains information sufficient to establish probable cause to support the issuance of a criminal complaint.

4.   On or about January 8, 2002, an individual identifying himself as Hector Carmelo Rodriguez Cruz ("applicant") submitted an application ("the Rodriguez application") for a United States Passport at the Lawrence, Massachusetts Post Office.  A copy of the Rodriguez application is appended hereto as exhibit A.   In support of his application, the applicant provided a Massachusetts identification card and a Puerto Rican birth certificate.   Furthermore, the applicant signed the application in the presence of the passport application clerk, attesting that all of the information provided was true.   The applicant also submitted, as required, two copies of passport-styled photographs.

5.   As part of routine procedure, the applicant was checked for local arrests.  A check with the Lawrence Police Department revealed that a Hector Rodriguez was arrested on February 19, 1999 for distribution of a controlled substance within a school zone.   The fingerprints from this 1999 arrest were then submitted to the FBI.  According to fingerprint specialists at the FBI, the fingerprints taken from Hector Rodriguez on February 19, 1999, belonged to a Rafael Perez.

6.   A check of the Interstate Identification Index revealed that the same Rafael Perez had also been arrested by the Hyattsville, Maryland Police Department on August 18, 1993.  A booking and arrest photograph provided by the Hyattsville Police Department depicts the same individual pictured on the Rodriguez

application.

7.    Further investigation revealed that the same individual had been arrested by the Department of Immigration and Customs Enforcement.    According to ICE records, Rafael Perez's real name is Ramon Antonio Peralta Valdez ("Valdez").    A photograph of Valdez provided by ICE depicts the same individual pictured on the Rodriguez application.    ICE records also revealed that Valdez was born on November 10, 1960, in the Dominican Republic.    ICE records also reveal that Valdez was issued social security number 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 for work purposes when he first entered the United States.    ICE records further reveal that Valdez had been deported to the Dominican Republic on June 10, 1998.

8.    On his January 8, 2002, passport application, Valdez listed his place of birth as Puerto Rico, his date of birth as July 16, 1966, and his social security number as 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.

9.    Based on the above information, I believe probable cause
exists to conclude that on January 8, 2002, Ramon Antonio Peralta
Valdez willfully and knowingly made false statements in an
application for a United States Passport, with the intent to
induce or secure the issuance of a passport under the authority
of the United States, either for his use or the use of another,
contrary to the laws regulating the issuance of passports or the
rules prescribed pursuant to such laws, all in violation of Title
18, United States Code, Section 1542.



Terry Arnold
Special Agent
U.S. Department of State
Diplomatic Security Service


Sworn and subscribed to before me this tenth day of May, 2004.


Joyce London Alexander
United States Magistrate Judge

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  Category No. __II____          **Investigating Agency** __STATE DEPARTMENT__

**City** __Lawrence____          **Related Case Information:**

**County** ____Essex____          Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____ New Defendant  X
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ramon Antonio Peralta Valdez____          Juvenile  ☐ Yes    ☒ No

Alias Name __Hector Rodriguez, Rafael Perez____

Address ____20 Custer Street, Lawrence, MA____

Birth date: __1960____ SS#: __*** ** 1716__ Sex: _M_ Race: __Hispanic____ Nationality: __Dominican__

**Defense Counsel if known:** _____          **Address:** _____
                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** ___William H. Connolly____          **Bar Number if applicable** __634501__

**Interpreter:**   ☒ Yes    ☐ No          **List language and/or dialect:** __Spanish__

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**    ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** _____          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant      Ramon Antonio Peralta valdez** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1542 | False Statement in Passport Application | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant    Ramon Antonio Peralta valdez**

JS 45.wpd - 3/13/02

UNITED STATES DEPARTMENT OF STATE
APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**
Hector / Carmelo / L
LAST
Rodriguez Cruz

103831547

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX      APT. #**
PO Box 1111

☐ 5 Yr.   ☑ 10 Yr.   Issue Date ____

CITY
Lawrence
STATE
Ma

Ⓡ   D   O   DP
End. # ____      Exp. ____

ZIP CODE
01842
COUNTRY / IN CARE OF (if applicable)

**3. SEX** ☑ M ☐ F
**4. PLACE OF BIRTH (City & State or City & Country)**
Cidra, Puerto Rico
**5. DATE OF BIRTH**
Month 07 Day 06 Year 66
**6. SOCIAL SECURITY NUMBER (SEE FEDERAL TAX LAW NOTICE ON PAGE 2)**
581 47 368

**7. HEIGHT** 5 3 Inches
**8. HAIR COLOR** black
**9. EYE COLOR** brown
**10. HOME TELEPHONE** (978) 683-3909
**11. BUSINESS TELEPHONE**
**12. OCCUPATION** Chief

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)** STREET/RFD #
38 tremon 2 Floor
CITY Lawrence m a
STATE
ZIP CODE 01841

**14. FATHER'S FULL NAME** Rodriguez USan
BIRTHPLACE cidra P.R
BIRTHDATE 1949
U.S. CITIZEN ☐ Yes ☑ No
**15. MOTHER'S FULL MAIDEN NAME** Cruz Teodosia
BIRTHPLACE Cidra PR
BIRTHDATE 06/12/46
U.S. CITIZEN ☐ Yes ☑ No

**16. HAVE YOU EVER BEEN MARRIED?** ☐ Yes ☑ No
SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH Last   First
BIRTHPLACE
BIRTHDATE
U.S. CITIZEN ☐ Yes ☐ No

DATE OF MOST RECENT MARRIAGE   Month Day Year
WIDOWED/DIVORCED? ☐ Yes Give Date   Month Day Year ☐ No
**17. OTHER NAMES YOU HAVE USED** (1)   (2)

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☑ No  IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE
NAME IN WHICH ISSUED
MOST RECENT PASSPORT NUMBER
APPROXIMATE ISSUE DATE Month Day Year
DISPOSITION ☐ Submitted ☐ Stolen ☐ Lost ☐ Other

It is necessary to submit a statement with an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DSP-64.

**19. EMERGENCY CONTACT.** If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency.
NAME Jeannette Lopez
STREET 236 Hampshire St
CITY Lawrence   STATE Ma   ZIP CODE 01841
TELEPHONE (978) 683-3654
RELATIONSHIP girlfriend

**20. TRAVEL PLANS (not mandatory)**
Date of Trip: Month 02 Day 19 Year 02
Length of Trip
COUNTRIES TO BE VISITED

**21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.** I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____
Parent's/Legal Guardian's Signature if identifying minor child
X Hector Rodriguez Cruz
Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me
Month Day Year 01 0 02
(Signature of person authorized to accept application)

Clerk of Court; Location
☐ PASSPORT Agent
☐ Postal Employee
☐ (Vice) Consul USA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
DRIVER'S LICENSE Learners permit
ISSUE/DATE: Month Day Year
EXPIR. DATE: 11-09-03
ID No. 581 47 368
☐ PASSPORT ss card
☑ OTHER (Specify) ma ID   PLACE OF ISSUE: MA
ISSUED IN THE NAME OF: Rodriguez Hector C.

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
☑ Birth Certificate ☐ SR ☐ CR   City   Filed/Issued: 7/15/66 / 5/31/55
☐ Passport   Bearer's Name: Hector Carmelo Rodriguez Cruz
☐ Report of Birth
☐ Naturalization/Citizenship Cert.   Nn.:   Issued:
☐ Other:
☐ Seen & Returned
☐ Attached

APPLICATION APPROVAL

**25.** $ 35
FEE $ 40   EXEC. ____   EF ____   OTHER ____