AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

_Ramon Antonio Peralta Valdez_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _MJ04-m-205 JLA_

I, _Ramon Antonio Peralta Valdez_, charged in a (complaint) (petition) pending in this District with _false statements in a passport application_ in violation of Title _18_, U.S.C., _1542_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

_5/18/04_
Date

FILED
In Open Court
USDC, Mass.
Date _5-18-04_
By _BG_
Deputy Clerk