AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

Ramon Antonio Peralta Valdez
DOB: 11/10/1960

## WARRANT FOR ARREST

CASE NUMBER: MJ04-205 JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Ramon Antonio Peralta Valdez__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
false statement in a passport application

in violation of Title __18__ United States Code, Section(s) __1542__

Joyce London Alexander
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

5/10/04      Boston, Mass 02210
Date and Location

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY _ISS_
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/14/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.