# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                  CRIM. CASE NO:    MJ04-M-205 JLA

RAMON ANTONIO PERALTA VALDEZ
           Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

      On May 14, 2004, the defendant in the above-entitled action appeared before this Court for the first time on a complaint charging him with 18 U.S.C. § 1542, false statements in a passport application.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney <u>CHARLES MCGINTY</u> of the Federal Defender Office for the District of Massachusetts be appointed, effective as of <u>May 14, 2004,</u> to represent said defendant  in this cause until further order of the Court.

      SO ORDERED.

                              <u>JOYCE LONDON ALEXANDER</u>
                              UNITED STATES MAGISTRATE JUDGE

                              BY THE COURT:

                              <u>/S/ Rex Brown</u>
                              Rex Brown

<u>May 19, 2004</u>                     Courtroom Clerk
Date