FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 16  P 12: 29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. U.S. DISTRICT COURT DISTRICT OF MASS. |
| v. | ) | |
| | ) | VIOLATIONS: 04-CR-10182-RGS |
| RAMON ANTONIO PERALTA VALDEZ | ) | (False Statements in Passport Application) |
| | ) | |
| | ) | |

## INFORMATION

**COUNT ONE:** 18 U.S.C. § 1542 - False Statements in Passport Application

The United States Attorney charges that:

On or about January 8, 2002, at Lawrence, in the District of Massachusetts,

**RAMON ANTONIO PERALTA VALDEZ,**

defendant herein, did willfully and knowingly make false statements in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM H. CONNOLLY
Assistant U.S. Attorney