UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| v. | ) 04-10182 |
| RAMON ANTONIO PERALTA VALDEZ | ) RGS |

*Filed in open court 6-29-04
M. Johnson
Deputy Clerk*

## WAIVER OF INDICTMENT

Defendant, Ramon Antonio Peralta Valdez, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
Ramon Antonio Peralta Valdez
Defendant

_____
Charles McGinty, Esq.
Attorney for Defendant

Date: June 29, 2004

R.B. Stearns DJ
6-29-04